# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2997

_____

MICHAEL RENAUD,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.


August 19, 2025


PER CURIAM.

DISMISSED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael J. Renaud, pro se, Petitioner.

Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.